AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

STEVEN FLOYD VOSS,

      Petitioner,          JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER:  **3:11-CV-00223-LRH-WGC**

GREG COX, et al.,

      Respondents.

____   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice.
IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

 January 11, 2012                                                **LANCE S. WILSON**
                                                                           Clerk

                                                                    /s/  M. Campbell
                                                                    Deputy Clerk