# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN FLOYD VOSS,

    Petitioner,

vs.

GREG COX, et al.

    Respondents.

Case No. 3:11-cv-00223-LRH-WGC

**ORDER**

    Before the court are petitioner's motion for recusal of district court judge and alternative motion for disqualification of district court judge (#83), respondents' opposition (#84), and petitioner's reply (#85). The motion is without merit, and the court denies it.

    The basis for the motion is that the undersigned's son now is the Washoe County District Attorney, where petitioner's criminal proceedings occurred. However, the undersigned's son was elected Washoe County District Attorney in Fall 2014 and entered office in January 2015. All this occurred long after this action was closed, not to mention long after the state-court criminal proceedings had concluded, and no reason for recusal exists.

    Reasonable jurists would not find this court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

///

///

///

///

IT IS THEREFORE ORDERED that petitioner's motion for recusal of district court judge and alternative motion for disqualification of district court judge (#83) is **DENIED**.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

DATED this 16th day of December, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE