# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN FLOYD VOSS,

    Petitioner,

vs.

GREG COX, et al.

    Respondents.

Case No. 3:11-cv-00223-LRH-WGC

**ORDER**

    Before the court in this closed action are petitioner's motion for relief from judgment (ECF No. 87) and motion to disqualify (ECF No. 88), and respondents' oppositions to both (ECF No. 89, 90). The motions are without merit.

    In an earlier motion (ECF No. 83), petitioner argued that the undersigned should recuse himself because his son is now the District Attorney for Washoe County. The court rejected that argument because his son was elected and entered office long after the court closed this action.

    Petitioner now argues that he should have relief from the judgment and that the undersigned should be disqualified because his son was employed by the Washoe County District Attorney's Office at the time this action was open. That employment by itself, without any involvement in petitioner's criminal case, is insufficient to disqualify the undersigned.

    Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

///

///

1  IT IS THEREFORE ORDERED that petitioner's motion for relief from judgment (ECF No. 87) is **DENIED**.

2  IT IS FURTHER ORDERED that petitioners' motion to disqualify (ECF No. 88) is **DENIED**.

3  IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

DATED this 7th day of September, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE